**FILED**

OCT 27 2023

Clerk, U.S. Courts
District Of Montana
Billings Division

**PAUL VESTAL**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
E-mail: Paul.Vestal@usdoj.gov

**ERIC N. PEFFLEY**
Trial Attorney
Criminal Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Phone: (202) 353-5173
Email: Eric.Peffley@usdoj.gov

**ATTORNEYS FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| UNITED STATES OF AMERICA, | CR 23 -107 -GF-BMM |
|---|---|
| Plaintiff, | INFORMATION |
| vs. | **DEPRIVATION OF RIGHTS**<br>Title 18 U.S.C. § 242 |
| DEVIN GRAY HAWK, | (Penalty: Ten years of imprisonment, $250,000 fine, and three years of |
| Defendant. | supervised release) |

THE U.S. ATTORNEY CHARGES:

On or about April 8, 2022, at Poplar and within Roosevelt County, in the State and District of Montana, the defendant DEVIN GRAY HAWK, while acting under color of law as a corrections officer employed by the Fort Peck Tribe's Adult Detention Center, willfully deprived inmate John Doe of the right, secured and protected by the Constitution and laws of the United States, to be free from cruel and unusual punishment. Specifically, while John Doe was shackled and not resisting, DEVIN GRAY HAWK fired a Taser at John Doe and then kicked John Doe in the head, causing John Doe's head to hit an open metal food tray slot. The offense resulted in bodily injury to John Doe and involved the use of a dangerous weapon, to wit: a Taser and shod foot.

All in violation of Title 18, United States Code, Section 242.

DATED this 24th day of October, 2023.

JESSE A. LASLOVICH
United States Attorney

_____
PAUL VESTAL
Assistant United States Attorney

_____
ERIC PEFFLEY
Trial Attorney
Civil Rights Division, Criminal Section
Attorneys for Plaintiff

_____
JESSE LASLOVICH
United States Attorney

_____ OBO
KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney