# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>DEVIN GRAY HAWK,<br><br>Defendant. | Cause No. CR 23-107-GF-BMM<br><br>**ORDER TO FILE SENTENCING MEMORANDUM UNDER SEAL** |

UPON REVIEW OF Defendant's Unopposed Motion to File Sentencing Memorandum UNDER SEAL, no objection from the Government, and good cause appearing;

IT IS HEREBY ORDERED that the Sentencing Memorandum (Doc. 21) will be filed UNDER SEAL.

Dated this 12th day of June 2024.

_____
Brian Morris, Chief District Judge
United State District Court